**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

IN RE:

DOROTHY JEAN VINSON
SSAN: XXX-XX-5020

Case No. 17-31924-DHW
Chapter 13

_____
Debtor(s)

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s) plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on July 07, 2017.

2. The debtor(s) §341 Meeting of Creditors was held August 17, 2017.

3. The debtor(s) overall pay record is 52%.

(**X**) The plan fails to make provisions for the following secured/priority listed Creditor(s): Court Claim #8, #9, and #10, State of Alabama.

(**X**) The following creditor was listed as unsecured, but filed their claim as secured or priority. The debtor(s)' plan fails to make provisions for this claim:

Creditor: INTERNAL REVENUE SERVICE
Court Claim Number 4
Claim Amount: $6,908.83
Claim Filed As: PRIORITY/SPLIT

WHEREFORE, the above premises considered, Trustee objects to confirmation of the debtor(s) plan and requests that either confirmation be denied or the case be continued until such time as the above referenced issues have been resolved.

Respectfully submitted this September 25, 2017.

Sabrina L. McKinney
Chapter 13 Standing Trustee

By: /s/*Audrey L. Willis*
    _____
    Audrey L. Willis
    Staff Attorney

Office of the Chapter 13 Trustee
P.O. Box 173
Montgomery, AL  36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: willisa@ch13mdal.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have served a copy of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this  September 25, 2017.

Copy to: DEBTOR(S)
         RICHARD D SHINBAUM

/s/*Audrey L. Willis*
_____
Audrey L. Willis
Staff Attorney